```
                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA
```

|  |  |  |
|---|---|---|
| RICHARD TABAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 09-2019 (RWR) |
| | ) | |
| GUITAR CENTER, INC. et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER TO SHOW CAUSE

Plaintiff filed his complaint on October 27, 2009, alleging that the defendants violated federal antitrust law. On October 2, 2009, the plaintiff in a related action, Giambusso v. National Association of Music Merchants, Inc., Civil Action No. 09-2002 (LAB) (S.D. Cal.), filed a motion before the Judicial Panel on Multidistrict Litigation ("JPML") to transfer and consolidate in the Southern District of California all existing and subsequently filed related antitrust actions. The motion is currently pending before the JPML. Accordingly, it is hereby

ORDERED that plaintiff shall show cause in writing by December 4, 2009 why this case should not be stayed and administratively closed pending a decision by the JPML.

SIGNED this 23rd day of November, 2009.

```
                          _____/s/_____
                          RICHARD W. ROBERTS
                          United States District Judge
```