## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD TABAS<br>737 Montgomery Avenue<br>Narberth, PA 19072,<br>INDIVIDUALLY AND ON BEHALF OF<br>ALL OTHERS SIMILARLY SITUATED,<br><br>                                   Plaintiff,<br><br>    v.<br><br>GUITAR CENTER, INC.<br>5795 Lindero Canyon Road<br>Westlake Village, California 91361;<br><br>YAMAHA CORPORATION OF AMERICA<br>6600 Orangethorpe Ave.<br>Buena Park, California 90620;<br><br>FENDER MUSICAL INSTRUMENTS<br>CORPORATION<br>8860 East Chaparral Road, Suite 100<br>Scottsdale, Arizona 85250;<br><br>GIBSON GUITAR CORPORATION<br>309 Plus Park Boulevard<br>Nashville, Tennessee 37217;<br><br>NATIONAL ASSOCIATION OF MUSIC<br>MERCHANTS, INC.<br>5790 Armada Drive<br>Carlsbad, California 92008;<br><br>AND,<br><br>JOHN DOES 1-100<br><br>                                  Defendants. | **Case No. 1:2009-CV-02019 (RWR)**<br><br>**RESPONSE TO ORDER TO SHOW CAUSE** |

      Plaintiff Richard Tabas hereby responds to the Court's November 23, 2009 Order to Show Cause. On November 24, 2009, Plaintiff and Defendants filed their Joint Motion to Stay All Proceedings Pending Decision by the Judicial Panel on Multidistrict Litigation (Doc. No. 4), requesting an order staying all proceedings in this action, including any response to the Complaint, initial disclosures, and other discovery, until after the Judicial Panel on Multidistrict Litigation

("JPML") issues a decision on the pending motion to transfer and consolidate this action with 31 other related actions, thereby mooting the Order to Show Cause.

December 7, 2009                             /s/ Hilary K. Ratway
                                            Michael D. Hausfeld (D.C. Bar No. 153742)
                                            Hilary K. Ratway (D.C. Bar No. 481465)
                                            **HAUSFELD LLP**
                                            1700 K Street, NW
                                            Suite 650
                                            Washington, DC 20006
                                            Tel: (202) 540-7200
                                            Fax: (202) 540-7201
                                            Email: mhausfeld@hausfeldllp.com
                                                      hscherrer@hausfeldllp.com

                                            Jeffrey L. Kodroff
                                            Jeffrey J. Corrigan
                                            Jay S. Cohen
                                            Jonathan M. Jagher
                                            **SPECTOR ROSEMAN KODROFF**
                                                 **& WILLIS, P.C.**
                                            1818 Market Street, Suite 2500
                                            Philadelphia, PA 19103
                                            Tel: (215) 496-0300

                                            Jeffrey S. Goldenberg
                                            **MURDOCK GOLDENBERG SCHNEIDER &**
                                            **GROH, LPA**
                                            35 East Seventh Street, Suite 600
                                            Cincinnati, OH   45202
                                            Telephone:  (513) 345-8291
                                            Facsimile:   (513) 345-8294
                                            Email:  jgoldenberg@mgsglaw.com


                                            Mark S. Goldman
                                            Brian D. Penny
                                            **GOLDMAN SCARLATO & KARON, P.C.**
                                            101 West Elm Street – Suite 360
                                            Conshohocken, PA   19428
                                            Telephone:  (484) 342-0700
                                            Facsimile:   (484) 342-0701
                                            Email:  Goldman@gsk-law.com


                                            John P. McCarthy
                                            **LAW OFFICES OF JOHN P. McCARTHY**
                                            217 Bay Avenue
                                            Somers Point, NJ   08244

Telephone:  (609) 653-1094
Facsimile:  (609) 653-3029
Email:  jpmcc57@aol.com


Philip A. Steinberg, Esquire
124 Rockland Avenue
Bala Cynwyd, PA   19004
Telephone:  (610) 664-0972
Facsimile:  (610) 664-3101
Email:  pasteinbe@aol.com

***Attorneys for Plaintiff Richard Tabas***

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 7, 2009, I caused a true and correct copy of the foregoing Response to Order to Show Cause to be filed electronically and served electronically by ECF on all counsel of record.

       /s/ Hilary K. Ratway
Hilary K. Ratway (D.C. Bar No. 481465)